IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND AND WELFARE FUNDS, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| | ) | No. 07 C 1819 |
| v. | ) ) | Judge Pallmeyer |
| | ) | |
| REYES AUTOMOTIVES & TIRE CENTER, INC. an Illinois corporation, | ) ) | Magistrate Judge Ashman |
| | ) | |
| Defendant. | ) | |

MOTION FOR JUDGMENT IN SUM CERTAIN

NOW COMES the Plaintiff, TRUSTEES OF THE SUBURBAN TEAMSTERS

OF NORTHERN ILLINOIS WELFARE AND PENSION FUND, by and through its

attorney, JOHN J. TOOMEY, ARNOLD AND KADJAN, and pursuant to FRCP 55 move

for entry of a default judgment in sum certain as stated in this Complaint and the supporting

Affidavits attached hereto. In support of its Motion, Plaintiffs state as follows:

1.      Suit was filed on April 3, 2007 for collection of delinquent contributions,

attorneys' fees, costs and interest under 29 U.S.C. 1132(g)(2).

2.      Corporate service was made upon REYES AUTOMOTIVES & TIRE

CENTER, INC.., an Illinois corporation, on April 27, 2007 and a copy of the proof of

service was filed with the court on May 2, 2007.

3.      Defendant is now in default as to the Complaint and as supported by the

attached Affidavits the sums due are:

$6,531.20  Pension
$3,893.80  Welfare
 $925.00  Attorneys fees
 $429.60  Court costs
$11,779.60

WHEREFORE, Plaintiff prays for the entry of judgment against Defendant,

REYES AUTOMOTIVES & TIRE CENTER, INC., an Illinois corporation and in favor of

Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS

WELFARE AND PENSION FUNDS in the amount of $11,779.60.

TRUSTEES OF THE SUBURBAN TEAMSTERS
OF NORTHERN ILLINOIS WELFARE AND
PENSION FUNDS

By: _____
One of Its Attorneys

JOHN J. TOOMEY
ARNOLD AND KADJAN
19 W. Jackson Boulevard
Chicago, Illinois 60604
(312) 236-0415